IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KIMECO FRENCH                                                               PLAINTIFF

v.                            Case No. 1:17-cv-1074

GENERAL MOTORS, LLC                                                         DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (ECF No. 19). On September 20, 2019, the parties filed the instant stipulation, stating that they wish to dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Rule 41(a) provides that an action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." The instant stipulation of dismissal is signed by all parties to this matter. Accordingly, the above-styled case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge